```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 24323
   DAWN L BRITTON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0967


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/13/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
GREAT SUB ACC              CURRENT MORTG         .00            .00          .00
GREAT SUB ACC              UNSECURED       NOT FILED            .00          .00
WELLS FARGO BANK NA        CURRENT MORTG         .00            .00          .00
WELLS FARGO BANK NA        MORTGAGE ARRE  13193.80              .00          .00
SOUTHEAST ANESTHESIA       UNSECURED       NOT FILED            .00          .00
TRINITY HOSPITAL           UNSECURED       NOT FILED            .00          .00
DR LINDA ROSENBERG MD      UNSECURED       NOT FILED            .00          .00
GEMB/PROJECT LINE          UNSECURED       NOT FILED            .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED            .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED            .00          .00
CITY OF BLUE ISLAND        UNSECURED       NOT FILED            .00          .00
RMI/MCSI                   UNSECURED        1215.51             .00          .00
LANSING HEATING AIR        UNSECURED       NOT FILED            .00          .00
TARGET NATIONAL BANK       UNSECURED         344.23             .00          .00
T MOBILE                   UNSECURED       NOT FILED            .00          .00
LEWIS JACKSON              NOTICE ONLY    NOT FILED             .00          .00
WELLS FARGO BANK           MORTGAGE NOTI  NOT FILED             .00          .00
MARTIN J WEISENBURGER      DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                         264.47

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   264.47

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      264.47
                        ---------------      ---------------
TOTALS                    264.47                   264.47

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 24323 DAWN L BRITTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/17/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 24323 DAWN L BRITTON